UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
WILLIAM R. UNDERWOOD d/b/a KONGLATHER : 
MUSIC, :
: Docket No. 16 cv 09058 (DAB)
              Plaintiff, :
: **NOTICE OF ACCEPTANCE**
     -against- : **OF PLAINTIFF'S RULE 68**
: **OFFER OF JUDGMENT**
LASTRADA ENTERTAINMENT COMPANY, LTD., :
CHARLES CARTER; SAM CARTER; WAUNG :
HANKERSON; and ROGER PARKER :
:
             Defendants. :
------------------------------------------------x

       TO PLAINTIFF WILLIAM R. UNDERWOOD AND HIS ATTORNEY OF RECORD:

       PLEASE TAKE NOTICE that, pursuant to Rule 68, defendant-counterclaimant Lastrada Entertainment Company, Ltd. ("Lastrada") hereby accepts plaintiff's offer of judgment dated July 20, 2018 (Dkt. No. 57).

DATED: August 1, 2018

                                    SCHWARTZ, PONTERIO & LEVENSON, PLLC

                         By: _____
                                  Brian S. Levenson
                                  *Attorneys for Defendant Lastrada*
                                  134 West 29th Street, Suite 1006
                                  New York, NY 10001
                                  P: (212) 714-1200