UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **William R. Underwood** ) <br>     d/b/a Konglather Music ) <br>        *Plaintiff*, ) <br>       v. ) <br> **Lastrada Entertainment Company, LTD** ) <br>     and ) <br> **Steve Arrington** ) <br>       *Defendants*. ) <br> _____/ | **16-cv-9058 (DAB)** <br> **AFFIRMATION OF** <br> **COUNSEL** |

**AFFIRMATION OF LITA T. ROSARIO, ESQ.**
**TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED AS TO**
**DEFENDANT ROGER PARKER**

1. Plaintiff and Defendant Roger Parker have agreed to the material terms of a settlement agreement.

2. On February 19, 2019, I sent a copy of the proposed settlement agreement to both Plaintiff and Defendant Parker for execution via overnight mail and US Postal Service, with self-addressed stamped envelopes for return to my office, as neither Plaintiff nor Defendant Parker have the ability to email a scanned copy or fax back a copy of the executed agreement.

3. I expect to receive the signed copies of the settlement agreement back by next week.

4. Upon receipt of the executed settlement agreement, Plaintiff will dismiss this action as to Defendant Roger Parker.

5. Therefore, Plaintiff requests that this Court not dismiss Plaintiff's claims against Defendant Roger Parker, unless not dismissed by Plaintiff on or before March 1, 2019.

Respectfully Submitted,

Dated: February 20, 2017

*Lita Rosario*

By: _____

Lita Rosario, Esq.
LITA ROSARIO, PLLC
1100 H Street, NW, Suite 315
Washington, DC 2005
Telephone: 202-628-1092
Facsimile: 703-995-4345

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated: February 20, 2019

By:   \_\_/s/ Lita Rosario_____

Lita Rosario, Esq.

**SERVICE LIST**

Brian S. Levenson, Esq.
Schwartz, Ponterio & Levenson PLLC
134 West 29th Street, Suite 1006
New York, NY 10001
P (212) 714-1200
F (212) 714-1264
blevenson@splaw.us
  *Counsel for Lastrada Entertainment Company, LTD*

Roger Parker
1565 West 2nd Street
Dayton, Ohio 45402