# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| William R. Underwood )<br>    d/b/a Konglather Music )<br>       *Plaintiff*, )<br>       v. )<br>**Lastrada Entertainment Company, LTD,** )<br>et al, )<br>       *Defendants*. )<br>_____/ | **16-cv-9058 (DAB)** |
| **Lastrada Entertainment Company, LTD** )<br>    *Counterclaim Plaintiff*, )<br>       v. )<br>**William R. Underwood** )<br>    d/b/a Konglather Music )<br>       *Counterclaim Defendant*, )<br>_____/ | **16-cv-9058 (DAB)** |

## STIPULATION OF DISMISSAL

Plaintiff, William Underwood d/b/a Konglather Music, hereby dismisses the above captioned action against Defendant Roger Parker, with prejudice pursuant to Fed. Rules of Civ. Pro. Rule 41(a)(1)(A)(i), before Mr. parker has served an answer or motion for summary judgment.

Date:   March 5, 2019                                                             Respectfully Submitted,

                                                                               **LITA ROSARIO, PLLC**

                                                                               *Lita Rosario*

                                                                               Lita Rosario, Esq.
                                                           1100 H Street, NW, Suite 315
                                                                      Washington, DC 2005
                                                               Telephone: 202-628-1092
                                                                  Facsimile: 703-995-4345

# CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated: March 5, 2019

By: ___/s/ Lita Rosario_____

Lita Rosario, Esq.

## SERVICE LIST

Brian S. Levenson, Esq.
Schwartz, Ponterio & Levenson PLLC
134 West 29th Street, Suite 1006
New York, NY 10001
P (212) 714-1200
F (212) 714-1264
blevenson@splaw.us
*Counsel for Lastrada Entertainment Company, LTD*
*Sam & Charles Carter*

Roger Parker
1565 West 2nd Street
Dayton, Ohio 45402