UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
CIVIL DIVISION

| | | |
|---|---|---|
| William R. Underwood )<br>    d/b/a Konglather Music )<br>       *Plaintiff*, )<br>       v. )<br>Lastrada Entertainment Company, LTD, )<br>et al, )<br>       *Defendants*. )<br>_____/ | | 16-cv-9058 (DAB)<br>NOTICE OF APPEAL |
| Lastrada Entertainment Company, LTD )<br>       *Counterclaim Plaintiff*, )<br>       v. )<br>William R. Underwood )<br>    d/b/a Konglather Music )<br>       *Counterclaim Defendant*, )<br>_____/ | | 16-cv-9058 (DAB) |

**PLAINTIFF'S AMENDED NOTICE OF APPEAL**

Notice is hereby given that Plaintiff, William Underwood d/b/a Konglather Music, in the above named case hereby appeals to the United States Court of Appeals for the Second Circuit from the final orders of the District Court for the Southern District of New York (i) Granting the Defendants' Lastrada Entertainment Company, LTD's, Charles and Sam Carter's Motion to Dismiss the Complaint [ECF#83] entered on February 5, 2019, in this action, and (ii) Denying Plaintiff's Request to include Steve Arrington as a Plaintiff in the Amended Complaint [ECF# 37] entered on May 8, 2019.

Respectfully amended, this 28th day of March 2019, by:

                                            **LITA ROSARIO, PLLC**
                                            1100 H Street, NW, Suite 315
                                            Washington, DC 20005

Telephone: (202) 628-1092
Email: lita.rosario@wyzgirl.com
*Attorney for Plaintiff*

By: /s/ *Lita Rosario*
    **Lita Rosario, Esq.**

# CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated: March 28, 2019

**LITA ROSARIO, PLLC**
1100 H Street, NW, Suite 315
Washington, DC 20005
Telephone: (202) 628-1092
Email: lita.rosario@wyzgirl.com
*Attorney for Plaintiff*

By: /s/ Lita Rosario
    **Lita Rosario, Esq.**

**SERVICE LIST**

Brian S. Levenson, Esq.
Schwartz, Ponterio & Levenson PLLC
134 West 29th Street, Suite 1006
New York, NY 10001
P (212) 714-1200
F (212) 714-1264
blevenson@splaw.us
  *Counsel for Lastrada Entertainment Company, LTD*
  *Sam & Chares Carter*

Dorothy M. Weber, Esq.
Shukat Arrow Hafer Weber & Herbsman, LLP
494 Eighth Avenue, Suite 600
New York, NY 10001
Phone: (212) 245-4580
Fax: (212) 956-6471
dorothy@musiclaw.com
 *Counsel for Steve Arrington*