UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
WILLIAM R. UNDERWOOD,                 :     16cv9058(DLC)
                                      :
                      Plaintiff,      :     ORDER
            -v-                       :
                                      :
LASTRADA ENTERTAINMENT COMPANY, LTD., :
STEVE ARRINGTON, SAM CARTER, CHARLES  :
CARTER, WAUNG HANKERSON, and ROGER    :
PARKER,                               :
                      Defendants.     :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

On February 19, 2020, this case was transferred to this Court. It is hereby

ORDERED that a telephone conference is scheduled for **March 19, 2020** at **2 p.m.** Counsel for the plaintiff shall have all parties on the line and call chambers at 212-805-0202.

Dated:   New York, New York
         March 10, 2020

                              _____
                                    DENISE COTE
                              United States District Judge