```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   16cv9058 (DLC)
WILLIAM UNDERWOOD,                       :
                    Plaintiff,           :   ORDER
            -v-                          :
                                         :
LASTRADA ENTERTAINMENT COMPANY, LTD.,    :
STEVE ARRINGTON, SAM CARTER, CHARLES     :
CARTER, WAUNG HENDERSON, and ROGER       :
PARKER,                                  :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

A March 10, 2020 Order directed the parties to call the Chambers telephone number to participate in the telephone conference scheduled for March 19, 2020 at 2 p.m. It is hereby

ORDERED that, instead, the parties shall use the following dial-in instructions for the telephone conference:

        Dial-in:     888-363-4749
        Access code:  4324948

Dated:    New York, New York
           March 18, 2020

                                              _____
                                                  DENISE COTE
                                         United States District Judge