```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :       16cv9058 (DLC)
WILLIAM UNDERWOOD,                       :
                        Plaintiff,       :       ORDER
            -v-                          :
                                         :
LASTRADA ENTERTAINMENT COMPANY, LTD.,    :
STEVE ARRINGTON, SAM CARTER, CHARLES     :
CARTER, WAUNG HENDERSON, and ROGER       :
PARKER,                                  :
                        Defendants.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

This case was filed on November 21, 2016. An Order of February 5, 2019 dismissed the action pursuant to Rule 12(b)(6), Fed. R. Civ. P. On February 20, 2019, plaintiff filed a motion to correct or alter the judgment pursuant to Rule 59(e)(3), Fed. R. Civ. P. The February 20 Motion was fully submitted on March 13, 2019.[1] On March 19, 2020, counsel for the parties participated by telephone in a pretrial conference before the Court.[2] It is hereby

ORDERED that, for the reasons stated on the record at the March 19 Conference, plaintiff's February 20 Motion for

---

[1] On March 7, 2019, plaintiff noticed an appeal in the Second Circuit Court of Appeals. On April 10, 2019, the Second Circuit granted plaintiff's request to stay the appeal pending a decision on this motion.

[2] This action was transferred to this Court on February 19, 2020.

Reconsideration of the February 2019 Order dismissing this action is granted.

SO ORDERED:

Dated: New York, New York
March 20, 2020

```
                        _____
                             DENISE COTE
                      United States District Judge
```