```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
WILLIAM R. UNDERWOOD,                   :
                                        :   16cv9058 (DLC)
                    Plaintiff,          :
                                        :        ORDER
         -v-                            :
                                        :
LASTRADA ENTERTAINMENT COMPANY, LTD.,   :
STEVE ARRINGTON, SAM CARTER, CHARLES    :
CARTER, WAUNG HANKERSON, and ROGER      :
PARKER,                                 :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On July 6, 2020, the Court granted in part the defendants' motion for judgment on the pleadings and to dismiss.  It is hereby

ORDERED that the parties shall meet and confer and submit a proposed schedule for further proceedings on the remaining claim by **July 17, 2020**.

Dated:    New York, New York
          July 6, 2020

                                     _____
                                           DENISE COTE
                                     United States District Judge