```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    16cv9058 (DLC)
WILLIAM R. UNDERWOOD,                    :
                      Plaintiff,         :         ORDER
            -v-                          :
                                         :
LASTRADA ENTERTAINMENT COMPANY, LTD.,    :
STEVE ARRINGTON, SAM CARTER, CHARLES     :
CARTER, WAUNG HENDERSON, and ROGER       :
PARKER,                                  :
                      Defendants.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

An Opinion of July 6, 2020 granted in part the defendants' motion for judgment on the pleadings and to dismiss the claims in the above-captioned matter. On July 15, the parties submitted a joint proposal for discovery and further proceedings on the remaining claim. It is hereby

ORDERED that a telephonic conference is scheduled for **Wednesday, July 22** at **2:00 pm**. The parties shall use the following credentials to dial in to the conference, which will be accessible to the press and public:

        Dial-in:      888-363-4749

        Access code:  4324948

IT IS FURTHER ORDERED that the parties shall use a landline

if one is available.

    SO ORDERED:

Dated:    New York, New York
           July 16, 2020

                                      _____
                                          DENISE COTE
                              United States District Judge