```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
WILLIAM R. UNDERWOOD,                    :
                                         :    16cv9058 (DLC)
                    Plaintiff,           :
                                         :       ORDER
        -v-                              :
                                         :
LASTRADA ENTERTAINMENT COMPANY, LTD.,    :
STEVE ARRINGTON, SAM CARTER, CHARLES     :
CARTER, WAUNG HANKERSON, and ROGER       :
PARKER,                                  :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On March 5, 2021, Defendants Lastrada Entertainment Company, Charles Carter, and Sam Carter ("Defendants") moved to file under seal certain documents in conjunction with their motion for summary judgment, and to redact portions of their memorandum in support of their motion for summary judgment and their Rule 56.1 statement that reference, describe, or quote from the documents. This Court has reviewed the motion and the documents. It is hereby

ORDERED that the motion to file under seal is granted.

Dated:   New York, New York
         March 4, 2021

                                    _____
                                         DENISE COTE
                                    United States District Judge