```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
WILLIAM R. UNDERWOOD,                    :
                                         :       16cv9058 (DLC)
                    Plaintiff,           :
                                         :          ORDER
          -v-                            :
                                         :
LASTRADA ENTERTAINMENT COMPANY, LTD.,    :
STEVE ARRINGTON, SAM CARTER, CHARLES     :
CARTER, WAUNG HANKERSON, and ROGER       :
PARKER,                                  :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On March 24, 2021, Defendants Lastrada Entertainment Company, Charles Carter, and Sam Carter ("Defendants") moved to file under seal certain documents in conjunction with their filing in opposition to the plaintiff's motion for summary judgment, and to redact portions of their memorandum in opposition to the plaintiff's motion for summary judgment and their Rule 56.1 statement that reference, describe, or quote from the documents.  This Court has reviewed the motion and the documents.  It is hereby

ORDERED that the motion to file under seal is granted.

Dated:   New York, New York
         March 24, 2021

                                    _____
                                            DENISE COTE
                                    United States District Judge