```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
WILLIAM R. UNDERWOOD,                    :
                                         :    16cv9058 (DLC)
                    Plaintiff,           :
                                         :        ORDER
        -v-                              :
                                         :
LASTRADA ENTERTAINMENT COMPANY, LTD.,    :
STEVE ARRINGTON, SAM CARTER, CHARLES     :
CARTER, WAUNG HANKERSON, and ROGER       :
PARKER,                                  :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On March 26, 2021, plaintiff William Underwood moved to file under seal certain documents in conjunction with his brief in opposition to the defendants' motion for summary judgment, and to redact portions of his brief in opposition to the defendants' motion for summary judgment and his Rule 56.1 statement that reference, describe, or quote from the documents. This Court has reviewed the motion and the documents. It is hereby

ORDERED that Underwood's motion to file under seal is granted.

Dated:   New York, New York
         March 29, 2021

                                         _____
                                              DENISE COTE
                                         United States District Judge