```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
WILLIAM R. UNDERWOOD,                     :
                                          :   16cv9058 (DLC)
                  Plaintiff,              :
                                          :       ORDER
         -v-                              :
                                          :
LASTRADA ENTERTAINMENT COMPANY, LTD.,     :
STEVE ARRINGTON, SAM CARTER, CHARLES      :
CARTER, WAUNG HANKERSON, and ROGER        :
PARKER,                                   :
                                          :
                  Defendants.             :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On April 9, 2021, plaintiff William Underwood moved to file under seal a document submitted in conjunction with his reply in support of his motion for summary judgment. This Court has reviewed the motion and the document. It is hereby

ORDERED that Underwood's motion to file under seal is granted.

Dated:   New York, New York
         April 12, 2021

_____
DENISE COTE
United States District Judge