# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

WILLIAM R. UNDERWOOD,

              Plaintiff,                              16 **CIVIL** 9058 (DLC)

          -against-                              **JUDGMENT**

LASTRADA ENTERTAINMENT COMPNAY,
LTD., STEVE ARRIGTON, SAM CARTER,
CAHRLES CARTER, WAUNG HANKERSON,
and ROGER PARKER,

              Defendants.

-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 8, 2021, because Underwood lacks standing to pursue his sole remaining claim, the defendants' motion for summary judgment is granted. judgment is entered for the defendants and the case is closed.

**Dated:** New York, New York
          September 8, 2021

                                                            **RUBY J. KRAJICK**
                                                               Clerk of Court
                                               **BY:**
                                                                Deputy Clerk