UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
WILLIAM R. UNDERWOOD,                    :
                                         :    16cv9058 (DLC)
                         Plaintiff,      :
                                         :    ORDER
          -v-                            :
                                         :
LASTRADA ENTERTAINMENT COMPANY, LTD.,    :
STEVE ARRINGTON, SAM CARTER, CHARLES     :
CARTER, WAUNG HANKERSON, and ROGER       :
PARKER,                                  :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

On September 22, 2021, the defendants moved for their attorneys' fees and costs associated with litigating the plaintiff's copyright claims after the plaintiff rejected an offer of judgment made according to Rule 68, Fed. R. Civ. P. Accordingly, it is hereby

ORDERED that the plaintiff shall respond to the defendants' motion for attorneys' fees and costs by **October 13, 2021**. Any reply shall be filed by **October 27, 2021**.

SO ORDERED:

Dated:   New York, New York
         September 22, 2021

                                   _____
                                          DENISE COTE
                                   United States District Judge