**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
WILLIAM R. UNDERWOOD,

                        Plaintiff,

      -against-                                      16 **CIVIL** 9058 (DLC)

## JUDGMENT

LASTRADA ENTERTAINMENT COMPANY,
LTD., STEVE ARRINGTON, SAM CARTER,
CHARLES CARTER, WAUNG HANKERSON,
and ROGER PARKER,

                        Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated November 3, 2021, Lastrada is awarded $28,482.77 from Underwood; accordingly, the case is closed.

**Dated:** New York, New York

        November 3, 2021

                                                        **RUBY J. KRAJICK**

                                                         **Clerk of Court**
                              BY:

                                                        **Deputy Clerk**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/3/2021